IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MAC O'NEAL LAWHORN,            )
                               )
        Petitioner,            )
                               )
v.                             )   CIVIL ACTION NO. 00-AR-0999-E
                               )
WARDEN CHARLIE JONES and       )
THE ATTORNEY GENERAL FOR       )
THE STATE OF ALABAMA,          )
                               )
        Respondents.           )

**MEMORANDUM OPINION**

On January 16, 2002, the magistrate judge assigned this matter entered a report and recommendation, finding that the petitioner's application for a writ of habeas corpus is due to be dismissed with prejudice because it is barred by the one year statute of limitations. (Doc. 10). Thereafter, the petitioner filed a motion to dismiss this action without prejudice. (Doc. 11). In the motion, he asserts for the first time that he "is now able to obtain affidavits from the person responsible for the actual death of the alleged victim." (*Id.*, p. 1). He also asserts that he is actually innocent of the crime. (*Id.*, p. 2).

The court has considered the entire file in this action, including the magistrate judge's report and recommendation and the petitioner's motion to dismiss without prejudice, and has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.



To the extent that the petitioner now asserts that the petition is due to be dismissed without prejudice, the court finds otherwise. Nothing herein will prevent the petitioner from seeking further review in the state courts should he obtain the affidavit he asserts is now available. Additionally, should he seek further federal review of his claims, he could apply to the Eleventh Circuit Court of Appeals for permission to file a successive petition. *See* 28 U.S.C. § 2244(b).

**DONE**, this 21st day of February, 2002.

_____
WILLIAM M. ACKER, JR.
SENIOR UNITED STATES DISTRICT JUDGE